IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| REGINALD UNDERWOOD FULLARD, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | 1:18CV301 |
| NORTH CAROLINA YADKIN COUNTY, | ) ) ) ) | |
| Defendant(s). | ) | |

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a document bearing the caption for Fullard v. North Carolina Yadkin County, 1:15CV85. He labeled the filing as "Objections," and seeks the immediate calendaring of arguments related to that case and the denial of his civil rights. However, a review of the docket in that case reveals that this Court dismissed the case more than a year ago, that Plaintiff appealed the dismissal, and that the United States Court of Appeals for the Fourth Circuit denied the appeal in June of 2017. That case is long finished, which means that Plaintiff cannot file "Objections" in it or raise further arguments. Based on this, the Court treated the current filing as a new civil rights action pursuant to 42 U.S.C. § 1983. Nevertheless, the form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1. The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review.

2. The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(e).

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

This, the 19th day of April, 2018.

Joe L. Webster
United States Magistrate Judge